**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RE: LISA MARIE BILLUPS | ) Case No. 18 B 23916 |
| | ) |
| debtor | ) Chapter 13 |
| | ) |
| | ) Judge: CAROL A DOYLE |

## NOTICE OF OBJECTION

Now comes Tom Vaughn, Chapter 13 Trustee, and respectfully states:

That the Trustee Objects to Doc# 47 Motion Modify Plan [Proposed Order - Court Doc: 47]

Tom Vaughn, Chapter 13 Trustee, certifies under penalty of perjury that this office has on the date shown below, filed and thereby caused to be transmitted by the court's electronic filing system, a true copy of this Notice to all parties included on the court's ECF Service List.

Respectfully submitted,

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

RE: LISA MARIE BILLUPS ) Case No. 18 B 23916
 )
debtor ) Chapter 13
 )
 ) Judge: CAROL A DOYLE

## NOTICE OF OBJECTION

Now comes Tom Vaughn, Chapter 13 Trustee, and respectfully states:

That the Trustee Objects to Doc# 47 Motion Modify Plan

Tom Vaughn, Chapter 13 Trustee, certifies under penalty of perjury that this office has on the date shown below, filed and thereby caused to be transmitted by the court's electronic filing system, a true copy of this Notice to all parties included on the court's ECF Service List.

Respectfully submitted,

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900